■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v QUINCY MCQUAID, Appellant. [52 NYS3d 658]—Appeal by the defendant from a judgment of the County Court, Westchester County (Zambelli, J.), rendered March 24, 2015, convicting him of robbery in the first degree and attempted robbery in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the verdict finding him

guilty of robbery in the first degree but not guilty of grand larceny in the fourth degree was legally repugnant is without merit. Viewing the verdict solely in terms of the elements as charged to the jury (*see People v DeLee*, 24 NY3d 603, 608 [2014]; *People v Muhammad*, 17 NY3d 532, 542 [2011]; *People v Tucker*, 55 NY2d 1, 6 [1981]), the acquittal on the count of grand larceny in the fourth degree (Penal Law § 155.30 [1]) did not negate any of the elements of robbery in the first degree (Penal Law § 160.15 [4]) of which the defendant was convicted (*see People v Weaver*, 195 AD2d 1019, 1019 [1993]; *People v Price*, 129 AD2d 745, 746 [1987]; *People v Barry*, 100 AD2d 803, 804 [1984]; *People v Jackson*, 69 AD2d 823, 824 [1979]).

The defendant further contends that the verdict was against the weight of the evidence. In fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]). Leventhal, J.P., Hinds-Radix, LaSalle and Brathwaite Nelson, JJ., concur.